UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CASE NO. 9:11-CR-49 |
| BRADY OWEN IVY | § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Before the court is a report and recommendation of the United States magistrate judge regarding the Defendant's competency for trial.

Having conducted an independent review, the court concludes that the Defendant is competent to stand trial because he is able to understand the nature and consequences of the proceeding against him, and he is able to assist his attorney in his defense. It is therefore

**ORDERED** the report and recommendation of the United States magistrate judge on the Defendant's competency to stand trial is **ADOPTED**. It is further

**ORDERED** that the Defendant, Brady Owen Ivy, is competent.

So **ORDERED** and **SIGNED** this **16** day of **April, 2012.**

_____
Ron Clark, United States District Judge